HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

SUZANNE JENNINGS, et al.,

        Defendants.

Case No.  C16-79-RAJ

ORDER

This matter comes before the Court on pro se Defendant Suzanne Jennings' Motion for Disqualification of Richard Jones.  Dkt. # 58.  Having reviewed the motion and the accompanying exhibits, the Court **DENIES** Jennings' motion.

DATED this 17th day of February, 2017.

The Honorable Richard A. Jones
United States District Judge

ORDER – 1