The Honorable Richard A. Jones

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SUZANNE JENNINGS; WELLS FARGO ) <br> BANK, N.A.; SALAL CREDIT UNION; and ) <br> KING COUNTY, ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. 2:16-cv-00079-RAJ <br><br> **[PROPOSED] ORDER GRANTING THE UNITED STATES' MOTION FOR SUMMARY JUDGMENT AGAINST DEFENDANT SUZANNE JENNINGS** |

Before the Court is the United States of America's Motion for a Summary Judgment against Defendant Suzanne Jennings. Dkt. # 57.  Upon consideration of the Motion, the record herein, and for good cause being shown, it is hereby ORDERED that:

1. The United States' Motion for Summary Judgment is GRANTED;

2. Suzanne Jennings is indebted to the United States in the amount of $85,700.36, as of November 30, 2016, which represents the unpaid balance of federal income tax liabilities for the taxable years 1999, 2000, 2001, 2002, and 2011, less any subsequent payments or credits, plus interest and other statutory additions accumulating thereafter, and that judgment in that amount is hereby entered against Suzanne Jennings and in favor of the United States;

[Proposed] Order Granting the United States' Motion for Summary Judgment (Case No. 2:16-cv-00079-RAJ)

1

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-514-6056

3. The United States has valid and subsisting federal tax liens against all of Suzanne Jennings' property and rights to property, including the Subject Property;

4. The United States' federal tax liens encumbering the Subject Property are foreclosed, the property is to be sold; and

5. The United States will submit a proposed Order of Sale within 30 days of the Court's Order.

IT IS SO ORDERED.

DATED this 17th day of February, 2017.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

[Proposed] Order Granting the United States' Motion for Summary Judgment
(Case No. 2:16-cv-00079-RAJ)

2

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-514-6056