HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

SUZANNE JENNINGS, et al.,

    Defendants.

Case No. C16-79-RAJ

ORDER

This matter comes before the Court on pro se Defendant Suzanne Jennings' Motion to Withdraw Order Granting Summary Judgment and Dismiss Case for Lack of Subject Matter Jurisdiction (Dkt. # 63) and Motion for Payment on Tort (Dkt. # 65). On February 17, 2017, the Court entered an order granting summary judgment in favor of the Government. Dkt. # 62. The Court construes Jennings' pending motions as motions for reconsideration. Having reviewed the motions, relevant portions of the record, and the applicable law, the Court **DENIES** Jennings' motions.

"Motions for reconsideration are disfavored." LCR 7(h)(1). "The court will ordinarily deny such motions in the absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to its attention earlier with reasonable diligence." *Id.*

In the instant motions, Jennings contends that the undersigned has failed to perform his constitutional duties (Dkt. # 64), asserts that he was disqualified from handling this dispute (*id.*), and invoices him and the Government for personal injuries

ORDER – 1

giving rise to $342,800 in damages (Dkt. # 65).  None of these contentions, nor any other assertion contained in Jennings' motions, has merit.

For these reasons, the Court **DENIES** Jennings' Motion to Withdraw Order Granting Summary Judgment and Dismiss Case for Lack of Subject Matter Jurisdiction (Dkt. # 63) and Motion for Payment on Tort (Dkt. # 65).

DATED this 3rd day of April, 2017.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER – 2